## BRENDA JACKSON *v.* NARENDA TOHAN

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 782 (AC 29459), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Michael D. Neubert* and *Maureen Sullivan Dinnan*, in support of the petition.

*Daniel J. Krisch* and *Karen L. Dowd*, in opposition.

Decided June 3, 2009

## CHRISTOPHER HASFAL *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Hasfal's petition for certification for appeal from the Appellate Court, 113 Conn. App. 483 (AC 29479), is denied.

*Dante R. Gallucci*, special public defender, in support of the petition.

Decided June 3, 2009

## STEVEN TALENTI ET AL. *v.* MORGAN AND BROTHER MANHATTAN STORAGE COMPANY, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 845 (AC 29507), is denied.

*Stuart M. Katz* and *Barbara M. Schellenberg*, in support of the petition.

*Gordon Quinn*, in opposition.

Decided June 3, 2009